

# NUMBERS 13-26-00105-CR, 13-26-00106-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ANNA LUISA PEREZ,**                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                               **Appellee.**

---

## ON APPEAL FROM THE 19TH DISTRICT COURT
## OF MCLENNAN COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Peña and West**
**Memorandum Opinion by Justice Peña**

These causes are before the Court on appellant's motion to dismiss these appeals. The motion was signed by both appellant and counsel.[1] We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney

---

[1] These cases are before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE § 73.001.

must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the motion to dismiss is granted. Without passing on the merits of the cases, the appeals are hereby dismissed. Having dismissed the appeals at appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
5th day of March, 2026.